# EXHIBIT A

Timekeeping
Acknowledgment

# EXHIBIT A

DocuSign Envelope ID: 1F4A5CC0-2622-49A3-877B-2CC9AF07900E



## Timekeeping Acknowledgement

1.  All non-exempt (hourly) employees are expected to clock in at the beginning of their work time and clock out at the end of their work time each day.  Non-exempt employees are expected to clock in at the beginning of their work time and clock out at the end of their work time each day as well as clocking in and out for their meal period (Policy HR 314)
2.  Clock time is worked time.  Employees may not clock in prior to the beginning of their shift and may not clock out and return to their unit/department to resume work activities.
3.  Our payroll system automatically rounds to the nearest quarter hour.  Clocking in or out more than seven minutes prior to or after your scheduled start or end of shift will result in your time rounding to the closest quarter hour.  For example, if your shift starts at 8:00 am:

    | | |
    |---|---|
    | 7:52 will round back to 7:45 | 7:53 will round forward to 8:00 am |
    | 8:07 will round back to 8:00 | 8:08 will round forward to 8:15 |

4.  Rounded hours are utilized for hours/payment purposes and DO NOT change the expectations outlined in the Attendance Policy (HR 605).
5.  If a non-exempt employee leaves the main campus (defined as one's normal work environment) of the hospital for any reason including his/her meal break, he/she must clock out upon leaving and clock in upon return.
6.  Employees must clock out for their uninterrupted 30-minute meal break and clock in upon returning to work.
7.  Employees are also expected to record variations to their regular work schedule on the Kronos log.  These variations include:
    a.  Absences from work during the day (i.e., 1 hour lunch or 2-hour doctor's appointment)
    b.  Time assigned to a unit other than the "home" unit (floating time)
    c.  Administrative Time
    d.  Orientation Time
    e.  The employee was unable to clock in or out
    f.  The employee took a short/long meal break
    g.  The employee worked through a meal break
    h.  The employee was "on call" or called back in to work
    i.  The employee was in a "relief" role
8.  Employees will not receive PTO/ELB in excess of the hours of their normally scheduled workweek.

I acknowledge that I have received and read a copy of the Timekeeping Acknowledgment as show above.  I am aware that it is my responsibility to review this information and to be aware of and understand all the of it provisions.  I understand that I should consult with my direct supervisor regarding any questions I may have concerning the timekeeping practice.  I understand that is I fail to comply; I will be subject to corrective action up to and including termination.

_____     _____
Print Name                                     Date


_____     _____
Employee Signature                             Department