# EXHIBIT B

Taylor Stubbins - Consent to Join

# EXHIBIT B



Thierman Buck
325 W. Liberty Street
Reno, NV 89501

The Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), states, "No employee shall be a party plaintiff to any such action [under the FLSA] unless he gives his consent in writing to become such a party and such consent is filed in the court in which such action is brought" and unless the Court provides otherwise, the statute of limitations is tolled on the FLSA claims only when the Consent to Sue is filed with the Court.

Therefore, pursuant to the Fair Labor Standards Act, ("FLSA") 29 U.S.C. § 216(b), I Taylor Stubbins hereby give my consent in writing to become a party plaintiff against my employer, former employer, and/or any and all of its affiliated entities, currently identified as Spring Valley Hospital Medical Center (Valley Health Systems) (Company). I authorize the filing of a copy of this Consent form in Court, with my personal information redacted. I further consent to join this and/or any subsequent or amended suit against the same or related defendants for wage and hour violations.

Signature: *[signed]*

Date signed: 06 / 03 / 2024

Print Name: **Taylor Stubbins**

Address: [redacted]

Telephone number: [redacted]

Email: [redacted]

Employer/Former Employer: Spring Valley Hospital Medical Center