Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
THIERMAN BUCK
325 W. Liberty Street
Reno, Nevada 89501
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiff
and the putative classes*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TAYLOR STUBBINS, on behalf of herself and all other similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>SPRING VALLEY HOSPITAL MEDICAL CENTER; VALLEY HEALTH SYSTEMS, INC.; UNIVERSAL HEALTH SERVICES, INC., and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No.: 2:24-cv-01672-EJY<br><br>**DECLARATION OF MATTHEW STEELE IN SUPPORT OF PLAINTIFF'S MOTION FOR CIRCULATION OF NOTICE PURSUANT TO 29 U.S.C. § 216(b)** |

I, Matthew Steele, hereby and state as follows:

1. I have personal knowledge of the facts and circumstances set forth in this declaration. If I were called as a witness, I would and could completely testify to the matters set forth herein.

2. I have been employed by Spring Valley Hospital Medical Center ("Spring Valley") located at 5400 S. Rainbow Blvd. Las Vegas, NV 89119 since on or about December 2021.

3. I started as a nursing assistant in December 2021 while I was still in nursing school and became a Registered Nurse ("RN") in May 2022. I am currently a Relief Charge Nurse making $42.56 per hour. I currently work three 12.5-hour night shifts per week. I do stay past my scheduled shift time as needed to catch up on charting, but I stay clocked in to do so.

4. The program I use to clock in and out for my shifts is called KRONOS.

5. I am familiar with Spring Valley's policy of rounding time to the nearest 15-minute increment. For example, if I were to clock in at 6:53 p.m. or 7:07 p.m. for my regularly scheduled shift, then my punch would be rounded to 7:00 p.m. If I clocked in earlier at 7:52 p.m. if would round time back to 7:45 p.m. This would also happen at the end of my regularly scheduled shift. Because of Spring Valley's rounding policy, I believe I was not compensated for all the time I worked before the beginning of my regularly scheduled shift and at the end of my regularly scheduled shift.

6. In addition to the daily rounding, as an example when I stay after my regularly scheduled shift to finish charting, my shift is supposed at 7:30, but if I stay until between 7:45 and 7:52, my time would be rounded back to 7:45 for pay purposes.  I have worked over 40 hours per week on occasion, but it is rare. I believe that when I worked over 40 hours in a workweek the rounding policy also deprived me of overtime premium pay for the workweek.

7. As an RN at Spring Valley, I am required to carry a Cerner Mobile Device at all times during my shift, including during my lunch periods and meal breaks. I regularly receive phone calls while I am at lunch or when I try to take a break.

8. The Cerner Mobile Device is used to communicate with co-workers, specifically physicians, nurses, and other medical staff, regarding patients under my care throughout the entirety of my shift. I cannot disregard these calls even when I am trying to take lunch or a break.

9. In the past, the Charge Nurse would deduct a 30-minute lunch period if we worked through our lunch break from our time, even if we did not take it. I am unsure if this practice is still happening.

10. I pick up my Cerner Mobile Device at the start of my shift from the day nurse, who is leaving for the evening. At the end of my shift, I will give my device to the oncoming day nurse.

THIERMAN BUCK
325 W. Liberty Street
Reno, NV 89501
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com www.thiermanbuck.com

11. There is always a shift meeting before the outgoing nurses leave and the oncoming nurses start. The meeting can be anywhere from one minute to 15 minutes depending on how busy it is. There is also a bedside shift report where the outgoing nurse tells the oncoming nurse each patient's status and any pertinent information. These meetings take place when we are clocked in.

12. Each RN has their own unique login credentials for the Cerner Mobile Device. I always log out of the Cerner Mobile Device before I pass it off to the incoming nurse, usually during the shift meeting. I have never charted under another nurse's credentials. We could get in trouble if someone were to chart while logged in as me and made mistakes and vice versa.

13. In some instances, the Charge Nurse would send mass text messages on the Cerner Mobile Device to employees, instructing us who to pass our Cerner Mobile Device off to at the end of our shift. If I do not have a colleague to pass the Cerner Mobile Device to, I still log out of the device and give it back to the Charge Nurse.

14. There is no policy or procedure in place for me to hand off or turn off the Cerner Mobile Device during the entirety of my shift.

15. I am always monitoring my Cerner Mobile Device for alerts, notifications, patient emergencies, and physical calls, among other things, including when I am trying to take a meal period or a rest break.

I have read the foregoing statement consisting of this page and two (2) others and declare under the laws of the United States of America and the State of Nevada that the foregoing is true and correct.

Executed this  20th  day of September 2024 in Henderson, Nevada.

_____
Matthew Steele

- 3 -
DECLARATION OF MATTHEW STEELE I/S/O PLAINTIFF'S MOTION FOR CIRCULATION OF NOTICE PURSUANT TO 29 U.S.C. § 216(b)



Audit trail

| | |
|---|---|
| Title | 2024.09.20 - Dec. M. Steele iso 216(b).pdf |
| File name | 2024.09.20%20-%20...%20216%28b%29.pdf |
| Document ID | bf3a4854fd9be5da1e0f568ccae08948b0eff775 |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

**This document was requested from app.clio.com**

## Document History

| | | |
|---|---|---|
| SENT | 09 / 20 / 2024<br>18:05:02 UTC | Sent for signature to Matthew Steele (academicshadow@yahoo.com) from jennifer@thiermanbuck.com<br>IP: 71.94.22.179 |
| VIEWED | 09 / 20 / 2024<br>23:28:22 UTC | Viewed by Matthew Steele (academicshadow@yahoo.com)<br>IP: 166.137.163.26 |
| SIGNED | 09 / 20 / 2024<br>23:34:05 UTC | Signed by Matthew Steele (academicshadow@yahoo.com)<br>IP: 166.137.163.26 |
| COMPLETED | 09 / 20 / 2024<br>23:34:05 UTC | The document has been completed. |

Powered by Dropbox Sign