# EXHIBIT A

Proposed Notice

# EXHIBIT A

Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
THIERMAN BUCK
325 W. Liberty Street
Reno, Nevada 89501
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiff
and the putative classes*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TAYLOR STUBBINS, on behalf of herself and all other similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>SPRING VALLEY HOSPITAL MEDICAL CENTER; VALLEY HEALTH SYSTEMS, INC.; UNIVERSAL HEALTH SERVICES, INC., and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No.: 2:24-cv-01672-EJY<br><br>**[PROPOSED] NOTICE OF PENDENCY OF FLSA COLLECTIVE ACTION LAWSUIT** |

TO:   All nonexempt hourly paid patient care employees or other similar job title, employed by SPRING VALLEY HOSPITAL MEDICAL CENTER; VALLEY HEALTH SYSTEMS, INC.; or UNIVERSAL HEALTH SERVICES, INC. ("DEFENDANTS") at any time from September 10, 2021, to the present who clocked in and out using the KRONOS Timekeeping system and were provided with an electronic mobile device ("Cerner Mobile Device") which you were required to keep on your person at all times during your shift;

RE:   Fair Labor Standards Act (FLSA) Wage Claims against SPRING VALLEY HOSPITAL MEDICAL CENTER

**INTRODUCTION**

The purpose of this notice is to:

1)     Inform you of the existence of a lawsuit seeking recovery of unpaid overtime wages and penalties under the Fair Labor Standards Act ("FLSA") in which you may be "similarly situated" to named Plaintiff TAYLOR STUBBINS;

2)     Advise you of how your rights may be affected by this lawsuit; and

3)     Instruct you on the procedure for participating in the FLSA portion of this lawsuit if you choose to do so.

This Notice is not an expression by the Court of any opinion as to the merits of any claims or defenses asserted by any Party to this action.

## DESCRIPTION OF THE LAWSUIT

On September 10, 2024, named Plaintiff TAYLOR STUBBINS ("Plaintiff STUBBINS") filed a class and collective action complaint in the United States District Court, District of Nevada, against SPRING VALLEY HOSPITAL MEDICAL CENTER; VALLEY HEALTH SYSTEMS, INC.; UNIVERSAL HEALTH SERVICES, INC.; and DOES 1 through 50, inclusive, (referred to throughout the rest of this Notice as "SPRING VALLEY," or "DEFENDANTS") to recover unpaid wages and penalties under the FLSA. Specifically, Plaintiff STUBBINS claims that SPRING VALLEY suffered and/or permitted employees to work without compensation by rounding employees' clock in/out times to the nearest quarter hour and by not completely relieving employees of duty while they were clocked out for their required meal break by requiring them to keep an employer-provided Cerner Mobile Device on them at all times.

Plaintiff STUBBINS seeks to recover back pay in an amount equal to the alleged unpaid overtime wages and liquidated damages (double damages) on behalf of herself and all other similarly situated individuals resulting from DEFENDATS alleged unlawful conduct as well as other damages provided by law. Plaintiff STUBBINS has also brought various state law claims for unpaid overtime, failing to pay former employees all their wages upon separation from employment, and for injunctive relief, but those claims are not at issue in this Notice. This Notice only relates to Plaintiff STUBBINS' claims under the FLSA.

Defendants deny Plaintiff's claims and deny that it is liable for any damages resulting from this lawsuit.

## DEFINITION OF WHO MAY PARTICIPATE IN THIS LAWSUIT

To participate in this lawsuit, you must have been employed by DEFENDANTS as a nonexempt hourly paid patient care employee or other similar job title, at any time from September 10, 2021, to the present who clocked in and out using the KRONOS Timekeeping system and were provided with an electronic mobile device ("Cerner Mobile Device") which you were required to keep on your person at all times during your shift.

## YOUR RIGHT TO PARTICIPATE IN THIS LAWSUIT

If you fit the definition above, you may join this case by mailing the enclosed "Consent to Join" form to the third-party administrator ("the Claims Administrator") at the following address:

[Insert Claims Administrator Name]
[Insert Claims Administrator Address]

THIERMAN BUCK
325 W. Liberty Street
Reno, NV 89501
Tel: (775) 284-1500 / Fax: (775) 703-5027
Email: info@thiermanbuck.com / Website: www.thiermanbuck.com

If you want to join this lawsuit, you must send the Consent to Join form to the Claims Administrator so the attorneys prosecuting this case have time to file it with the Federal Court. If you do not return the "Consent to Join" form in time for it to be filed with the Federal Court, you may not be able to participate in this lawsuit.

### **EFFECT OF JOINING THIS SUIT**

If you choose to join this case, you will be bound by the decision of the court, whether it is favorable or unfavorable.

If you sign and return the "Consent to Join" form, you are agreeing to:

1) Designate Plaintiff STUBBINS as your agent to make decisions on your behalf concerning this lawsuit;

2) The method and manner of conducting this lawsuit;

3) Enter into an agreement with Plaintiff STUBBINS' counsel concerning attorneys' fees and costs; and

4) All other matters pertaining to this lawsuit.

These decisions and agreements made and entered into by the representative Plaintiff STUBBINS will be binding on you if you join this lawsuit. However, the court has jurisdiction to determine the reasonableness of any settlement with DEFENDANTS and any agreement concerning attorneys' fees and costs that are to be paid to Plaintiff STUBBIN's counsel.

The attorneys for Plaintiff STUBBINS and the class are being paid on a contingency fee basis, which means that if there is no recovery there will be no attorneys' fee. If Plaintiff STUBBINS prevails in this litigation, the attorneys for the class will request that the court either determine or approve the amount of attorneys' fees and costs they are entitled to receive for their services. The FLSA provides only for attorneys' fees for Plaintiff, if successful, and not for DEFENDANTS, although the Court could award DEFENDANTS' attorneys' fees for misconduct or other reasons not covered by this statute.

### **LEGAL EFFECT OF NOT JOINING THIS SUIT**

You do not have to join this lawsuit. If you do not wish to participate in this lawsuit, then do nothing. If you choose not to join this lawsuit, you will not be affected by any judgment, dismissal, or settlement rendered in this lawsuit, whether favorable or unfavorable to the class. This means that if Plaintiff STUBBINS wins, you will not collect any money from this lawsuit; if Plaintiff STUBBINS loses, you will not lose any claims you may or may not have under the FLSA. If you choose not to join this lawsuit, you are free to file your own lawsuit.

### **STATUTE OF LIMITATIONS ON POTENTIAL CLAIMS**

The maximum period of time you can collect unpaid wages under the FLSA is three (3) years from when you worked the hours but were not compensated correctly. If Plaintiff STUBBINS cannot prove DEFNDANTS acted willfully, the statute of limitations is two (2) years. The statute of limitations continues to expire until you file with the court a written consent to join this lawsuit or initiate your own lawsuit to collect your unpaid wages.

THIERMAN BUCK
325 W. Liberty Street
Reno, NV 89501
Tel: (775) 284-1500 / Fax: (775) 703-5027
Email: info@thiermanbuck.com / Website: www.thiermanbuck.com

### NO RETALIATION PERMITTED

Federal Law prohibits DEFENDANTS from discharging you or, in any other manner, discriminating against you if you exercise your rights under the FLSA to seek compensation. ***Participation in this lawsuit is not related to or affected by any offer of severance benefits or release you may have recently signed.***

### YOUR IMMIGRATION STATUS DOES NOT MATTER IN THIS CASE

You are entitled to back pay for the alleged unpaid wages and liquidated damages under the FLSA even if you are not otherwise legally entitled to work in the United States. Bringing a claim in court for unpaid wages is not a basis for you to be deported from the United States.

### YOUR LEGAL REPRESENTATION IF YOU JOIN

If you choose to join this lawsuit and agree to be represented by the named Plaintiff DEMPSEY through his attorneys, your counsel in this action will be:

**Joshua D. Buck Esq.**
**Leah L. Jones, Esq.**
**THIERMAN BUCK**
**325 W. Liberty Street**
**Reno, NV 89501**
**775-284-1500**
**Email: info@thiermanbuck.com**
**www.thiermanbuck.com**

### FURTHER INFORMATION

Further information about this Notice, the deadline for filing a "Consent to Join" form, or questions about this lawsuit may be obtained by contacting Thierman Buck at the contact information listed immediately above.

The court has taken no position in this case regarding the merits of Plaintiff STUBBINS' claims or DEFENDANTS' defenses.

### DO NOT CONTACT THE CLERK OF THE COURT

DATED:

_____
U.S. DISTRICT COURT JUDGE