# EXHIBIT B

Proposed Consent to Join

# EXHIBIT B

1  Joshua D. Buck, Nev. Bar No. 12187
   josh@thiermanbuck.com
2  Leah L. Jones, Nev. Bar No. 13161
   leah@thiermanbuck.com
3  THIERMAN BUCK
4  325 W. Liberty Street
   Reno, Nevada 89501
5  Tel. (775) 284-1500
6  Fax. (775) 703-5027

7  *Attorneys for Plaintiff*
8  *and the putative classes*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| TAYLOR STUBBINS, on behalf of herself and all other similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>SPRING VALLEY HOSPITAL MEDICAL CENTER; VALLEY HEALTH SYSTEMS, INC.; UNIVERSAL HEALTH SERVICES, INC., and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No.: 2:24-cv-01672-EJY<br><br>**[PROPOSED] CONSENT TO JOIN** |

I understand that this lawsuit has been brought under the Fair Labor Standards Act ("FLSA") and that it seeks unpaid wages from Defendant SPRING VALLEY HOSPITAL MEDICAL CENTER; VALLEY HEALTH SYSTEMS, INC.; UNIVERSAL HEALTH SERVICES, INC., INC. ("DEFENDANTS"). I have read the Notice accompanying this Consent to Join. I work, or have worked, for DEFENDANTS at some point between September 10, 2021, to the present.

**I CONSENT TO JOIN THIS LAWSUIT.** By signing this Consent to Join, I am agreeing to have Plaintiff TAYLOR STUBBINS, act as my agent to make decisions on my behalf

THIERMAN BUCK
325 W. Liberty Street
Reno, NV 89501
Tel: (775) 284-1500 / Fax: (775) 703-5027
Email: info@thiermanbuck.com / Website: www.thiermanbuck.com

concerning the litigation and resolution of my FLSA claims. I am also agreeing to be represented by Plaintiff TAYLOR STUBBINS' attorneys at Thierman Buck, and any other attorneys with whom they may associate, unless I hire my own attorney.

      29 U.S.C. 216(b) states that "No employee shall be a party plaintiff to any such action [under the Fair Labor Standards Act] unless he gives his consent in writing to become such a party and such consent is filed in the court in which such action is brought" and that unless the Court provides otherwise, the statute of limitations is tolled on the federal Fair Labor Standards Act claims only when the consent to suit is filed with the court. This provision does not apply to other federal or to state law claims.

Signature: _____

Date signed: _____

Print Name: _____

Address: _____

City, State & Zip: _____

Telephone number: _____

Email: _____