Wendy M. Krincek, Esq.
Nevada Bar No. 6417
Emil S. Kim, Esq.
Nevada Bar No. 14894
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:   702.862.8800
Fax No.:        702.862.8811
wkrincek@littler.com
ekim@littler.com

Attorneys for Defendants
SPRING VALLEY HOSPITAL MEDICAL CENTER; VALLEY HEALTH SYSTEMS, INC.; UNIVERSAL HEALTH SERVICES, INC.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TAYLOR STUBBINS, on behalf of herself and all other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>SPRING VALLEY HOSPITAL MEDICAL CENTER; VALLEY HEALTH SYSTEMS, INC.; UNIVERSAL HEALTH SERVICES, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:24-cv-01672-EJY<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff TAYLOR STUBBINS ("Plaintiff"), and Defendants SPRING VALLEY HOSPITAL MEDICAL CENTER, VALLEY HEALTH SYSTEMS, INC.[1], and UNIVERSAL HEALTH SERVICES, INC. (collectively, "Defendants") (together, the "Parties"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendants to file their responsive pleading to Plaintiff's Complaint from the current deadline of October 3, 2024 by two weeks, up to and including **October 17, 2024**.

---

[1] The proper entity name is Valley Health System LLC.

The Parties agree the extension is warranted to allow continued discussions regarding the circumstances surrounding an arbitration agreement and whether this matter should be arbitrated. This is the first request for an extension of time to respond to Plaintiff's Complaint and is made in good faith and not for the purpose of undue delay.

Dated: October 1, 2024

Respectfully submitted,

/s/ Leah L. Jones
Joshua D. Buck, Esq.
Leah L. Jones, Esq.
THIERMAN BUCK

Attorneys for Plaintiff
TAYLOR STUBBINS

Respectfully submitted,

/s/ Emil S. Kim
Wendy M. Krincek, Esq.
Emil S. Kim, Esq.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
SPRING VALLEY HOSPITAL MEDICAL CENTER; VALLEY HEALTH SYSTEMS, INC.; UNIVERSAL HEALTH SERVICES, INC.

**IT IS SO ORDERED.**

Dated: October 1, 2024

_____
UNITED STATES MAGISTRATE JUDGE

4856-4080-0746.1 / 069080-1278