Wendy M. Krincek, Esq.
Nevada Bar No. 6417
Emil S. Kim, Esq.
Nevada Bar No. 14894
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:    702.862.8800
Fax No.:       702.862.8811
wkrincek@littler.com
ekim@littler.com

Attorneys for Defendants
SPRING VALLEY HOSPITAL MEDICAL
CENTER; VALLEY HEALTH SYSTEMS,
INC.; UNIVERSAL HEALTH SERVICES, INC.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TAYLOR STUBBINS, on behalf of herself and all other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>SPRING VALLEY HOSPITAL MEDICAL CENTER; VALLEY HEALTH SYSTEMS, INC.; UNIVERSAL HEALTH SERVICES, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:24-cv-01672-EJY<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANTS' MOTION TO COMPEL ARBITRATION AND DEFENDANTS TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR CIRCULATION**<br><br>**[FIRST REQUEST]** |

Plaintiff TAYLOR STUBBINS ("Plaintiff"), and Defendants SPRING VALLEY HOSPITAL MEDICAL CENTER, VALLEY HEALTH SYSTEMS, INC.[1], and UNIVERSAL HEALTH SERVICES, INC. (collectively, "Defendants") (together, the "Parties"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Plaintiff to file her Opposition to Defendants' Motion to Compel Arbitration (ECF No. 16) from the current deadline of October 30, 2024 by two weeks, up to and including **November 13, 2024**. The Parties also agree

---
[1] The proper entity name is Valley Health System LLC.

that the deadline for Defendants' Reply will be **December 4, 2024**.

The Parties also agree and stipulate to extend the time for Defendants to Respond to Plaintiff's Motion for Circulation of Notice (ECF No. 10) from the current deadline of October 29, 2024 by two weeks, up to and including **November 12, 2024**.

The Parties agree the extensions are warranted because of Plaintiff's counsel's pre-scheduled vacation and Defense counsel starting a trial this week. This is the first request for extensions of time and are made in good faith and not for the purpose of undue delay.

Dated: October 23, 2024

Respectfully submitted,

*/s/ Leah L. Jones*
Joshua D. Buck, Esq.
Leah L. Jones, Esq.
THIERMAN BUCK

Attorneys for Plaintiff
TAYLOR STUBBINS

Respectfully submitted,

*/s/ Emil S. Kim*
Wendy M. Krincek, Esq.
Emil S. Kim, Esq.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
SPRING VALLEY HOSPITAL MEDICAL CENTER; VALLEY HEALTH SYSTEMS, INC.; UNIVERSAL HEALTH SERVICES, INC.

**IT IS SO ORDERED.**

Dated: October 23, 2024

_____
UNITED STATES MAGISTRATE JUDGE

4885-3597-6689.1 / 069080-1278

LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800