Wendy M. Krincek, Esq.
Nevada Bar No. 6417
Emil S. Kim, Esq.
Nevada Bar No. 14894
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:   702.862.8800
Fax No.:        702.862.8811
wkrincek@littler.com
ekim@littler.com

Attorneys for Defendants
SPRING VALLEY HOSPITAL MEDICAL CENTER; VALLEY HEALTH SYSTEMS, INC.; UNIVERSAL HEALTH SERVICES, INC.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TAYLOR STUBBINS, on behalf of herself and all other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>SPRING VALLEY HOSPITAL MEDICAL CENTER; VALLEY HEALTH SYSTEMS, INC.; UNIVERSAL HEALTH SERVICES, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:24-cv-01672-EJY<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR CIRCULATION**<br><br>**[SECOND REQUEST]** |

Plaintiff TAYLOR STUBBINS ("Plaintiff"), and Defendants SPRING VALLEY HOSPITAL MEDICAL CENTER, VALLEY HEALTH SYSTEMS, INC.[1], and UNIVERSAL HEALTH SERVICES, INC. (collectively, "Defendants") (together, the "Parties"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendants to Respond to Plaintiff's Motion for Circulation of Notice (ECF No. 10) from the current deadline of November 12, 2024 by two weeks, up to and including **November 26, 2024**.

///

---

[1] The proper entity name is Valley Health System LLC.

The Parties agree the extension is warranted because counsel for Defendants' heavy workloads, as Wendy Krincek recently completed a one-week jury trial. This is the second request for extensions of time and are made in good faith and not for the purpose of undue delay.

Dated: November 7, 2024

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/ Leah L. Jones* | */s/ Emil S. Kim* |
| Joshua D. Buck, Esq.<br>Leah L. Jones, Esq.<br>THIERMAN BUCK | Wendy M. Krincek, Esq.<br>Emil S. Kim, Esq.<br>LITTLER MENDELSON, P.C. |
| Attorneys for Plaintiff<br>TAYLOR STUBBINS | Attorneys for Defendants<br>SPRING VALLEY HOSPITAL MEDICAL CENTER; VALLEY HEALTH SYSTEMS, INC.; UNIVERSAL HEALTH SERVICES, INC. |

**IT IS SO ORDERED.**

Dated: November 7, 2024

_____
**UNITED STATES MAGISTRATE JUDGE**

4860-2217-0870.1 / 069080-1278