Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
THIERMAN BUCK
325 W. Liberty Street
Reno, Nevada 89501
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiff and
all other Similarly Situated Individuals*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TAYLOR STUBBINS, on behalf of herself and all other similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>SPRING VALLEY HOSPITAL MEDICAL CENTER; VALLEY HEALTH SYSTEMS, INC.; UNIVERSAL HEALTH SERVICES, INC., and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No.: 2:24-cv-01672-EJY<br><br>**NOTICE OF FILING CONSENT TO JOINDER** |

/ / /

/ / /

PLEASE TAKE NOTICE that annexed hereto are Consent to Join pursuant to 29 U.S.C § 216(b), which are to be filed with the Clerk of the Court as of this date on behalf of the following individual:

| 1. | Faulkner, | Michele |

DATED: November 26, 2024

THIERMAN BUCK

*/s/Leah L. Jones*
Joshua D. Buck
Leah L. Jones

*Attorneys for Plaintiff and
all other Similarly Situated Individuals*

```
1  Joshua D. Buck, Nev. Bar No. 12187
   josh@thiermanbuck.com
2  Leah L. Jones, Nev. Bar No. 13161
   leah@thiermanbuck.com
3  THIERMAN BUCK
4  325 W. Liberty Street
   Reno, Nevada 89501
5  Tel. (775) 284-1500
   Fax. (775) 703-5027
6
7  Attorneys for Plaintiff
   and the putative classes
8
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TAYLOR STUBBINS, on behalf of herself and all other similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>SPRING VALLEY HOSPITAL MEDICAL CENTER; VALLEY HEALTH SYSTEMS, INC.; UNIVERSAL HEALTH SERVICES, INC., and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No.: 2:24-cv-01672-EJY<br><br>**CONSENT TO JOIN** |

I understand that this lawsuit has been brought under the Fair Labor Standards Act ("FLSA") and that it seeks unpaid wages from Defendant SPRING VALLEY HOSPITAL MEDICAL CENTER; VALLEY HEALTH SYSTEMS, INC.; UNIVERSAL HEALTH SERVICES, INC., INC. ("DEFENDANTS"). I have read the Notice accompanying this Consent to Join. I work or have worked, for DEFENDANTS at some point between September 10, 2021, to the present.

**I CONSENT TO JOIN THIS LAWSUIT.** By signing this Consent to Join, I am agreeing to have Plaintiff TAYLOR STUBBINS, act as my agent to make decisions on my behalf

Doc ID: a9f6d1bbb76088d28345aeb48c2a319d7465509b

concerning the litigation and resolution of my FLSA claims.  I am also agreeing to be represented by Plaintiff TAYLOR STUBBINS' attorneys at Thierman Buck and any other attorneys with whom they may associate unless I hire my own attorney.

29 U.S.C. 216(b) states that "No employee shall be a party plaintiff to any such action [under the Fair Labor Standards Act] unless he gives his consent in writing to become such a party and such consent is filed in the court in which such action is brought" and that unless the Court provides otherwise, the statute of limitations is tolled on the federal Fair Labor Standards Act claims only when the consent to suit is filed with the court.  This provision does not apply to other federal or state law claims.

Signature: _____

Date signed: 11 / 25 / 2024

Print Name: Michele Faulkner

Doc ID: a9f6d1bbb76088d28345aeb48c2a319d7465509b