Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
THIERMAN BUCK
325 W. Liberty Street
Reno, Nevada 89501
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiff
and the putative classes*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TAYLOR STUBBINS, on behalf of herself and all other similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>SPRING VALLEY HOSPITAL MEDICAL CENTER; VALLEY HEALTH SYSTEMS, INC.; UNIVERSAL HEALTH SERVICES, INC., and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No.: 2:24-cv-01672-EJY<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE IN SUPPORT OF PLAINTIFF'S MOTION FOR CIRCULATION OF NOTICE PURSUANT TO 29 U.S.C. § 216(b)**<br><br>**[FIRST REQUEST]** |

Plaintiff TAYLOR STUBBINS ("Plaintiff"), and Defendants SPRING VALLEY HOSPITAL MEDICAL CENTER, VALLEY HEALTH SYSTEMS, INC.[1], and UNIVERSAL HEALTH SERVICES, INC. (collectively, "Defendants") (together, the "Parties"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Plaintiff to file her Reply in support of Plaintiff's Motion for Circulation of Notice (ECF No. 10) from the current deadline of December 3, 2024, by two weeks, up to and including **December 17, 2024**.

/ / /

/ / /

---

[1] The proper entity name is Valley Health System LLC.

This is the first request for extension of time and is made in good faith and not for the purpose of undue delay. The Parties agree the extension is warranted due to Counsel's planned Holiday travel and workload commitments.

Dated: November 26, 2024

Respectfully submitted,                             Respectfully submitted,

/s/ Leah L. Jones                                   /s/ Emil S. Kim
Joshua D. Buck, Esq.                                Wendy M. Krincek, Esq.
Leah L. Jones, Esq.                                 Emil S. Kim, Esq.
THIERMAN BUCK                                       LITTLER MENDELSON, P.C.

Attorneys for Plaintiff                             Attorneys for Defendants
TAYLOR STUBBINS                                     SPRING VALLEY HOSPITAL MEDICAL
                                                    CENTER; VALLEY HEALTH SYSTEMS,
                                                    INC.; UNIVERSAL HEALTH SERVICES,
                                                    INC.

**IT IS SO ORDERED.**

Dated: November 26, 2024

_____
UNITED STATES DISTRICT JUDGE