Wendy M. Krincek, Esq.
Nevada Bar No. 6417
Amy L. Thompson, Esq.
Nevada Bar No. 11907
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone:   702.862.8800
Fax No.:        702.862.8811
wkrincek@littler.com
athompson@littler.com

Attorneys for Defendants
SPRING VALLEY HOSPITAL MEDICAL CENTER; VALLEY HEALTH SYSTEMS, INC.; UNIVERSAL HEALTH SERVICES, INC.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TAYLOR STUBBINS, on behalf of herself and all other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>SPRING VALLEY HOSPITAL MEDICAL CENTER; VALLEY HEALTH SYSTEMS, INC.; UNIVERSAL HEALTH SERVICES, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:24-cv-01672-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS PLAINTIFF STUBBINS' CLAIMS WITH PREJUDICE** |

Plaintiff, TAYLOR STUBBINS ("Plaintiff"), and Defendants, SPRING VALLEY HOSPITAL MEDICAL CENTER; VALLEY HEALTH SYSTEMS, INC.; UNIVERSAL HEALTH SERVICES, INC. ("Defendants") (collectively the "Parties"), hereby stipulate and agree to the dismissal of Plaintiff Stubbins' claims in this action, including all claims and causes of action, with prejudice.[1]

---

[1] Pursuant to ECF No. 43, all Opt-In Plaintiffs' claims are stayed through completion of arbitration.

The Parties agree that no Party to this Stipulation shall be deemed to be a prevailing party in this action and that no Party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available for the claims dismissed by this Stipulation.

Each Party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Accordingly, the Parties respectfully request the Court grant the instant Stipulation and dismiss Plaintiff Stubbins' claims with prejudice.

Dated: December 17, 2025

Respectfully submitted,

*/s/ Leah L. Jones, Esq.*
Joshua D. Buck, Esq.
Leah L. Jones, Esq.
THIERMAN BUCK

Attorneys for Plaintiff
TAYLOR STUBBINS

Dated: December 17, 2025

Respectfully submitted,

*/s/ Amy L. Thompson, Esq.*
Wendy M. Krincek, Esq.
Amy L. Thompson, Esq.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
SPRING VALLEY HOSPITAL MEDICAL CENTER; VALLEY HEALTH SYSTEMS, INC.; UNIVERSAL HEALTH SERVICES, INC.

**IT IS SO ORDERED.**

Dated:  December 17, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

2